U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CROWE CHIZEK AND COMPANY, LLC
                                    Plaintiffs,
v.

GUITAR CENTER, INC. and MUSICIAN'S FRIEND, INC.

07CV 6128
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: JH

PLAINTIFF, CROWE CHIZEK AND COMPANY, LLC

FILED
OCT 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Peter J. Strand | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Holland & Knight, LLP | |
| STREET ADDRESS 131 S. Dearborn, 30th Floor | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6196727 | TELEPHONE NUMBER 312/263-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |