UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CROWE CHIZEK AND COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>GUITAR CENTER, INC. and MUSICIAN'S FRIEND, INC.,<br><br>Defendants. | NO. 07C 6128 |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

In accordance with Rule 65(a) of the Federal Rules of Civil Procedure, plaintiff, Crowe Chizek and Company LLC, hereby moves this Court for an order enjoining defendants, Guitar Center, Inc. ("Guitar Center") and its wholly-owned subsidiary, Musician's Friend, Inc. ("MFI"), and their respective agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of such order, during the pendency of this action, from continuing infringement of Crowe's copyrighted E-Commerce Framework and Integration computer software program (the "Software"). Plaintiff also requests that the order require defendants to deliver up for destruction all copies of plaintiff's Software.

Plaintiff's grounds for this motion are as follows:

1. Plaintiff is the author and owner of the exclusive rights to the Software. Crowe registered the copyright in the Software with the United States Copyright Office, which duly issued Registration No. TXu 1-569-001.

2. Defendants have been using the Software without license or authorization to run a number of defendants' e-commerce websites since at least February 9, 2007.

3. Plaintiff's Motion for Preliminary Injunction is supported by the Complaint, supporting declarations, and a memorandum of law filed herewith.

WHEREFORE Crowe respectfully requests an order as follows:

1. Enjoining defendants Guitar Center and MFI and their respective officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with defendants, pursuant to 17 U.S.C. §§ 502 and 503, from:

    a. using the Software;

    b. making any copies of the Software;

    c. otherwise engaging in any activity constituting an infringement of Crowe's rights in the Software;

2. Directing defendants to return all copies of the Software and related materials protected by Crowe's federally registered copyright;

3. Declaring that defendants hold in trust, as constructive trustees for the benefit of Crowe, their illegal profits obtained from their unlawful and infringing use of the Software and/or related materials;

4. Requiring defendants to provide Crowe a full and complete accounting of all profits obtained from their unlawful and infringing use of the Software and/or materials and of any other amounts due and owing as a result of defendants' illegal activities; and

5. Granting Crowe such other and additional relief as it deems just and proper.

Respectfully Submitted,

**CROWE CHIZEK AND COMPANY LLC**

By:_____
       One of its attorneys

Robert J. Labate (no. 6184945)
Peter Strand (no. 6196727)
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
(312) 263-3600
(312) 578-6666 (Fax)
Firm ID No. 37472

Dated:  November 16, 2007
        Chicago, Illinois


# 4916513_v1