# EXHIBIT B

## TO COMPLAINT

(Requests for Services: the "Requests" )

09/12/2006 13:14 FAX                                                                                         ☒001/006



**WOODWIND & BRASSWIND**

4004 Technology Drive
South Bend, IN  46628-9772

Tel: (574) 251-3538
Fax: (574) 251-3549

## FAX TRANSMITTAL SHEET

FAX #: 236-8692                              DATE: September 12, 2006

TO:   Crowe                                  FROM: Dave Yoder
      Marty Priller

PAGES: 6  (Including this page)

---

Marty,

Attached is the signed Request for Services dated August 25, 2006 for additional post cutover support.

Thanks,
Dave



# E-Commerce Post Cutover Support

Request for Services

RFS05

Version 1.0
Date: August 25, 2006



Confidential
Copyright © Crowe, Chizek and Company LLP 2006
All Rights Reserved

09/12/2006 13:15 FAX                                                                                    ☒003/006

 IMPLEMENTATION PROGRAM PLANNING PROJECT
DESCRIPTION OF SERVICES

## Description of Services

Crowe Chizek has been providing post cutover support for the DBI E-Commerce system per Request for Services (RFS) 04. This support had been budgeted at $ 94,000 on a time and materials basis.

Based on current approved workload we project this budget to be consumed by August 30, 2006. The following RFS (RFS05) will extend the post cutover support agreement an additional three weeks at a budget of $ 29,520 also to be executed on a time and materials basis. The resources assigned to this support effort will not change, however the weekly time allotment will increase slightly to meet various support and development goals.

Crowe Chizek will provide a manager level .Net / E-Commerce resource on site for the days per week and duration specified in the table below. This resource will provide architectural guidance and supplement the PMO and the E-commerce Manager with the day to day management, issue prioritization, workload delegation, and technical management for the E-Commerce System and the various integrations associated with this system. This resource will also work with the appropriate DBI resources to transfer system knowledge and technical management best practices.

Crowe Chizek will also provide a .Net developer resource to provide on site system development assistance and to work with DBI developers as a knowledge source as DBI accepts full responsibility for the management and enhancement of the new system.

Crowe Chizek will also provide a development resource for specific Endeca development assistance or other .Net assistance that this resource is qualified to provide. The time frame for this resource will be 8/28/06 through 9/8/06. DBI understands that this resource is contracted for a minimum of nine days.

The following agreement defines Crowe Chizek's understanding of this request and the associated terms and costs.

09/12/2006 13:15 FAX                                                                                  ☑ 004/006



IMPLEMENTATION PROGRAM PLANNING PROJECT
CONSIDERATIONS

### Considerations

- Crowe Chizek will provide resources for the weekly allocation and duration listed in the table below. If needed these resources may be available past the days agreed to in the event of greater workload or emergencies. If more time is required the same hourly rates will apply, however some advance notice will be required.

- The Crowe Chizek resources assigned to this project will function as part of the DBI E-Commerce team reporting to the DBI PMO and Dave Yoder.

- DBI will be invoiced for the total of nine days of Kelly Stuard's allocated time, and it is the responsibility of DBI to ensure that there is sufficient workload for this resource to address during the timeframe allocated for this assistance.

- DBI will notify Crowe Chizek at least two weeks prior to the end of the specified contract end date if they would like to extend the duration of this agreement. Extensions of time will be in minimum one week increments.

- The majority of work will be performed at the DBI facility in South Bend Indiana. When appropriate some work may be performed at one of Crowe Chizek's offices.

- DBI and Crowe Chizek will meet in person at the end of each month to review the status of this assistance and to plan for the upcoming month. These meetings will be attended by the appropriate DBI resources and management, Crowe Chizek's PMO resource and Crowe Chizek's Account Executive.

- Prioritization of activities performed and issues to be addressed will ultimately be the decision of DBI. Crowe Chizek will make recommendations and provide guidance; however management decisions will not be made by Crowe Chizek resources.

- A weekly summary of hours will be provided to the DBI PMO by the Crowe Chizek manager level resource or designee.

- There are no defined deliverables for this assistance and the engagement completion will be marked by the stated contract end date or release by DBI (whichever occurs sooner)

09/12/2006 13:15 FAX  📄005/006

 **Crowe**  IMPLEMENTATION PROGRAM PLANNING PROJECT
ENGAGEMENT FEES AND SCHEDULE

## Engagement Fees and Schedule

Crowe Chizek is proposing the following time and materials assistance to begin on Sept 1, 2006. The exact start date may vary depending on the actual date the original post cutover support budget is consumed. The weekly allocation and engagement duration for each resource is detailed in the table below.

| Resource | Hourly Rate | Hours / Week | Duration (Weeks) | Estimated Fee Totals |
|---|---|---|---|---|
| Aaron Scholl | 140 | 20 | 3 | |
| Jason Ruthkoski | 110 | 40 | 3 | |
| Kelly Stuard  8/28/06 – 9/8/06 | 110 | (9 Days) | (9 Days) | |

Travel expenses will be billed to DBI at cost. Travel expenses may include lodging, mileage and per diem expenses. Travel expenses typically range between 8 to 10% of project service fees. Crowe Chizek will not invoice DBI for travel time (hourly rate of our consultants). Crowe Chizek will invoice DBI Bi-Monthly and payment terms will be net 30 days.

We have submitted this estimate to DBI based upon our current understanding of the scope of this assistance. If it were mutually decided that the scope of the project and our involvement should change, we would discuss with you any resulting change in our fees, prepare for you a revised estimate, and require written authorization to proceed.

This proposal will remain in effect for a period of 5 days from the date of this document. After 5 days, it may be necessary to provide a new estimate based on potential changes in staffing.

09/12/2006 13:16 FAX ☒006/006

Crowe

IMPLEMENTATION PROGRAM PLANNING PROJECT
AUTHORIZATION TO PROCEED

## Authorization to Proceed

If the terms and objectives set forth in this document are acceptable, please authorize us to proceed by returning one copy of this document signed by the appropriate official of DBI.

DBI
(Customer)

_David S. Yoder_
Signed

DAVID G. YODER SR
Printed

CFO
Title

8/29/06
Date

8/25/2006     IV     E-COMMERCE POST CUTOVER SUPPORT

09/19/2006 11:03 FAX ☒001/006



**WOODWIND BRASSWIND**

4004 Technology Drive
South Bend IN 46628

Phone: 574 251 3500
Fax:: 574 251 3501

# FAX MESSAGE

ATTN: Martin Priller
FROM: Jeff Roberson
FAX# 236-8692
DATE: 9-18-2006
# OF PAGES: 6

09/19/2006 11:03 FAX                                                        ☑002/006



# E-Commerce Post Cutover Support

## Request for Services

RFS06

Version 1.0
Date: September 15, 2006



Confidential
Copyright © Crowe, Chizek and Company LLP 2006
All Rights Reserved

 **Crowe**    E-COMMERCE POST CUTOVER SUPPORT
DESCRIPTION OF SERVICES

## Description of Services

Crowe Chizek will provide two .Net developer resources to provide on site system development assistance and to work with DBI developers as knowledge source as DBI accepts full responsibility for the management and enhancement of the new system.

The time frame for these resources will be 9/18/2006 through 11/17/2006

The following agreement defines Crowe Chizek's understanding of this request and the associated terms and costs.



E-COMMERCE POST CUTOVER SUPPORT
CONSIDERATIONS

### Considerations

o  Crowe Chizek will provide resources for the weekly allocation and duration listed in the table below. If needed these resources may be available past the days agreed to in the event of greater workload or emergencies. If more time is required the same hourly rates will apply, however some advance notice will be required.

o  The Crowe Chizek resources assigned to this project will function as part of the DBI E-Commerce team reporting to the DBI CIO.

o  DBI will notify Crowe Chizek at least two weeks prior to the end of the specified contract end date if they would like to extend the duration of this agreement. Extensions of time will be in minimum one week increments.

o  The majority of work will be performed at the DBI facility in South Bend Indiana. When appropriate some work may be performed at one of Crowe Chizek's offices.

o  DBI and Crowe Chizek will meet in person at the end of each month to review the status of this assistance and to plan for the upcoming month. These meetings will be attended by the appropriate DBI resources and management, Crowe Chizek's PMO resource and Crowe Chizek's Account Executive.

o  Prioritization of activities performed and issues to be addressed will ultimately be the decision of DBI. Crowe Chizek will make recommendations and provide guidance; however management decisions will not be made by Crowe Chizek resources.

o  A weekly summary of hours will be provided to the DBI PMO by the Crowe Chizek manager level resource or designee.

o  There are no defined deliverables for this assistance and the engagement completion will be marked by the stated contract end date or release by DBI (whichever occurs sooner)

09/19/2006 11:04 FAX                                                                    ☑ 005/006

 Crowe.

E-COMMERCE POST CUTOVER SUPPORT
ENGAGEMENT FEES AND SCHEDULE

## Engagement Fees and Schedule

Crowe Chizek is proposing the following time and materials assistance to begin on Sept 19, 2006. The weekly allocation and engagement duration for each resource is detailed in the table below.

| Resource | Hourly Rate | Hours / Week | Duration (Weeks) | Estimated Fee Totals |
|---|---|---|---|---|
| Jason Ruthkoski | 110 | 40 | 8 | $ 35,200 |
| Kelly Stuard | 110 | 40 | 8 | $ 35,200 |

Travel expenses will be billed to DBI at cost. Travel expenses may include lodging, mileage and per diem expenses. Travel expenses typically range between 8 to 10% of project service fees. Crowe Chizek will not invoice DBI for travel time (hourly rate of our consultants). Crowe Chizek will invoice DBI Bi-Monthly and payment terms will be net 30 days.

We have submitted this estimate to DBI based upon our current understanding of the scope of this assistance. If it were mutually decided that the scope of the project and our involvement should change, we would discuss with you any resulting change in our fees, prepare for you a revised estimate, and require written authorization to proceed.

This proposal will remain in effect for a period of 5 days from the date of this document. After 5 days, it may be necessary to provide a new estimate based on potential changes in staffing.



E-COMMERCE POST CUTOVER SUPPORT
AUTHORIZATION TO PROCEED

## Authorization to Proceed

If the terms and objectives set forth in this document are acceptable, please authorize us to proceed by returning one copy of this document signed by the appropriate official of DBI.

DBI
(Customer)

_David Yoder_ (signature)
Signed

DAVID YODER
Printed

CFO
Title

9/19/06
Date

11/03/06  17:08 FAX 574 251 3537                                                     ☒001



# WOODWIND
# BRASSWIND

4004 Technology Drive
South Bend IN 46628

Phone: 574 251 3500
Fax:: 574 251 3501

## FAX MESSAGE

ATTN: Marty Priller
FROM: Jeff Roberson
FAX# 574-236-8692
DATE: 11-3-2006
# OF PAGES: 6

11/03/06 17:08 FAX 574 251 3537 ⌀002



# E-Commerce Post Cutover Support

Request for Services

RFS07

Version 1.0
Date: October 30, 2006



Confidential
Copyright © Crowe, Chizek and Company LLP 2006
All Rights Reserved

11/03/06  17:08 FAX 574 251 3537                                                                   ☑003



E-COMMERCE POST CUTOVER SUPPORT
DESCRIPTION OF SERVICES

### Description of Services

Crowe Chizek will provide two .Net developer resources to provide on site system development assistance and to work with DBI developers as knowledge source as DBI accepts full responsibility for the management and enhancement of the new system.

The following agreement defines Crowe Chizek's understanding of this request and the associated terms and costs.



E-COMMERCE POST CUTOVER SUPPORT
CONSIDERATIONS

### Considerations

- Crowe Chizek will provide resources for the weekly allocation and duration listed in the table below. If needed these resources may be available past the days agreed to in the event of greater workload or emergencies. If more time is required the same hourly rates will apply, however some advance notice will be required.

- The Crowe Chizek resources assigned to this project will function as part of the DBI E-Commerce team reporting to the DBI CIO.

- DBI will notify Crowe Chizek at least two weeks prior to the end of the specified contract end date if they would like to extend the duration of this agreement. Extensions of time will be in minimum one week increments.

- The majority of work will be performed at the DBI facility in South Bend Indiana. When appropriate some work may be performed at one of Crowe Chizek's offices.

- DBI and Crowe Chizek will meet in person at the end of each month to review the status of this assistance and to plan for the upcoming month. These meetings will be attended by the appropriate DBI resources and management, Crowe Chizek's PMO resource and Crowe Chizek's Account Executive.

- Prioritization of activities performed and issues to be addressed will ultimately be the decision of DBI. Crowe Chizek will make recommendations and provide guidance; however management decisions will not be made by Crowe Chizek resources.

- A weekly summary of hours will be provided to the DBI PMO by the Crowe Chizek manager level resource or designee.

- There are no defined deliverables for this assistance and the engagement completion will be marked by the stated contract end date or release by DBI (whichever occurs sooner)



E-COMMERCE POST CUTOVER SUPPORT
ENGAGEMENT FEES AND SCHEDULE

## Engagement Fees and Schedule

Crowe Chizek is proposing the following time and materials assistance to begin on November 20, 2006. The weekly allocation and engagement duration for each resource is detailed in the table below.

| Resource | Hourly Rate | Hours / Week | Duration (Weeks) | Estimated Fee Totals |
|---|---|---|---|---|
| Kelly Stuard<br>11/20/06 - 12/01/06 | 110 | 40 | 2 | $8,800.00 |
| Jason Ruthkoski<br>11/20/06 – 12/29/06 | 110 | 40 | 6 | $26,400.00 |

Travel expenses will be billed to DBI at cost. Travel expenses may include lodging, mileage and per diem expenses. Travel expenses typically range between 8 to 10% of project service fees. Crowe Chizek will not invoice DBI for travel time (hourly rate of our consultants). Crowe Chizek will invoice DBI Bi-Monthly and payment terms will be net 30 days.

We have submitted this estimate to DBI based upon our current understanding of the scope of this assistance. If it were mutually decided that the scope of the project and our involvement should change, we would discuss with you any resulting change in our fees, prepare for you a revised estimate, and require written authorization to proceed.

This proposal will remain in effect for a period of 5 days from the date of this document. After 5 days, it may be necessary to provide a new estimate based on potential changes in staffing.

11/03/06  17:09 FAX 574 251 3537                                                     ☒006

 **Crowe**
E-COMMERCE POST CUTOVER SUPPORT
AUTHORIZATION TO PROCEED

## Authorization to Proceed

If the terms and objectives set forth in this document are acceptable, please authorize us to proceed by returning one copy of this document signed by the appropriate official of DBI.

DBI
(Customer)

_____
Signed

___Jeff Roberson___
Printed

___CIO___
Title

___11-3-2006___
Date