# EXHIBIT C

(Certificate of Copyright Registration)

Case 1:07-cv-06128   Document 9-4   Filed 11/16/2007   Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

TXu 1-569-001

Effective date of registration:

October 10, 2007

---

## Title

**Title of Work:** Crowe Chizek Ecommerce Framework and Integration

## Completion/Publication

**Year of Completion:** 2006

## Author

- **Author:** Crowe Chizek and Company LLC
- **Author Created:** Computer Program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No         **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Crowe Chizek and Company LLC
3815 River Crossing Pkwy, Suite 300, Indianapolis, IN, 46240

## Limitation of copyright claim

**Previously registered:** No

**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

**Name:** Peter J. Strand
**Date:** October 8, 2007

---

**EXHIBIT C**

Page 1 of 1