# **EXHIBIT D**

(Project Charter)



# E-Commerce System

## Project Charter

**Date: November 16, 2005**



Confidential
Copyright © Crowe Chizek and Company LLC 2005
All Rights Reserved

EXHIBIT

tabbies®

D



## Table of Contents

Table of Contents ................................................................................................. i

Overview .......................................................................................................... 1

Project Approach .............................................................................................. 2

Project Methodology Overview ......................................................................... 3

Project Scope ................................................................................................... 5

    Geographic Scope ........................................................................................ 5

    Corporate Entity Scope ................................................................................. 5

    Software Functionality Scope ........................................................................ 5

    System Integration Scope ............................................................................. 5

    Reports and Forms Scope ............................................................................ 5

    Training Scope .............................................................................................. 6

Project Schedule .............................................................................................. 7

Quality Milestones ........................................................................................... 8

Project Resource Requirements ....................................................................... 9

    DBI ................................................................................................................ 9

    Crowe Chizek ............................................................................................... 9

Project Roles and Responsibilities ................................................................ 10

    DBI Roles ................................................................................................... 10

    Crowe Chizek Roles ................................................................................... 11

Planning Considerations ................................................................................ 14

Project Management Guidelines ..................................................................... 16

    Project Plan Control .................................................................................... 16

    Quality Management ................................................................................... 16

    Quality Reviewing ....................................................................................... 16

    Testing Strategy .......................................................................................... 17



Issues/Risk Management ................................................................................ 17

Change Control ............................................................................................... 17

Project Communications ................................................................................ 19

Status Monitoring and Reporting .................................................................. 19

Meetings ......................................................................................................... 19

Appendix A – Estimated E-Commerce System Project Costs ................................. 20

Software Costs ............................................................................................... 21

Implementation Costs .................................................................................... 21

Appendix B - Requirements and Logical & Physical Design Stage Fees ................. 22

Authorization to Proceed – Requirements and Design Stages ................................ 23



## Overview

DBI intends to replace its existing E-Commerce application with a robust solution that will provide E-Commerce functionality to DBI customers across five different branded entities (Woodwind & Brasswind, Musical Sandbox, Music 123, Lyons.Misupply, and Guitar Sale). The solution that DBI will implement must be scaleable and allow for quick deployment of additional branded sites in the future. DBI desires to have full and sole ownership of the application source code, but requires that a full service partner design, construct, implement and support the solution until that time when DBI can assume full system support responsibilities.

Crowe Chizek is proposing to partner with DBI to design, create, and support an innovative E-Commerce application that will exceed DBI business requirements. Crowe Chizek will leverage the capabilities of Microsoft's Server Products and .Net development technologies as the foundation for the DBI E-Commerce application and will utilize our capabilities to configure and develop the exact system that DBI needs in regards to their E-Commerce business strategy.

DBI – E-Commerce Project Charter v1.0 represents Crowe Chizek's fixed fee proposal for completing the Requirements and Logical & Physical Design stages of the E-Commerce project (See Appendix B for a summary of cost details). Successful completion of these stages will ensure Crowe Chizek's ability to provide an accurate estimate for the Contstruction & Test and Implementation & Warranty project stages. This estimate will be delivered as DBI – E-Commerce Project Charter v2.0 upon completion of the initial project stages.

 Crowe.

## Project Approach

Our project approach begins with assignment of an experienced team that has designed, developed and implemented E-Commerce systems in environments that are similar to that of DBI. Crowe Chizek will leverage the knowledge and experience of seasoned team members to reduce the project cost, facilitate a faster design timeline, and expedite development and implementation for this project.

We will follow our methodology using the proven processes exemplified by our Capability Maturity Model (CMM) Level 2 assessment. Major stages of the project will be Requirements, where we confirm and refine the business needs documented in this proposal; Design, where we create the blueprints for the system including both the screen layouts and the technical functionality; and Construction, where we create and test the system.

We plan to utilize Microsoft.NET web technology for the system development and will leverage off-the-shelf Microsoft applications to bring a Microsoft-centric solution to DBI. This approach will provide DBI a faster 'to-market' solution (without sacrificing quality or functionality), reduced cost of implementation, improved functionality, and a financially viable maintenance and support model for the future.

This approach focuses our team on maximizing the investment of DBI, realizing the benefits of the investments quickly, and reducing short term and long-term cost for the DBI E-Commerce system.

 Crowe™

## Project Methodology Overview

Crowe Chizek employs a flexible methodology which has been tailored to meet DBI's needs. Through years of implementation experience and re-investment in 'best practices', Crowe Chizek has improved our implementation approach by paring away non-value-add project activities and refocusing resources on activities critical to a project's success. This is a very proven approach designed to create a roadmap for the project plan, analyze resource requirements and capacity, define ownership of tasks, and gain all-important executive support. The methodologies provide a collaborative framework for success within the unique constraints of the DBI environment.

Implementing the DBI E-Commerce application will succeed because of the approach, people and processes that are applied to the project. In this section we will describe our organization and processes that will provide DBI with reliable and predictable results.

- Crowe Chizek and the DBI PMO will take overall responsibility for planning, managing, delivering and tracking the project's progress to success. DBI will take responsibility for providing expertise in their business processes, business opportunity vision, and business and technical constraints.

- The processes we will use are those specified by Crowe Chizek's Capability Maturity Model (CMM) initiative. CMM is the industry benchmark for reliable, high-quality solution delivery.

The project will be divided into four stages: Requirements, Logical & Physical Design, Construction & Test, and Implementation & Warranty. Isolating each project phase into distinct stages will allow Crowe Chizek and DBI the ability to better facilitate and manage project scope and timeline. The project stages, activities, and deliverables for each project phase are defined below.

<u>DBI – E-Commerce Project Charter v1.0 serves as a proposal for the Requirements and Logical & Physical Design stages only (shaded below). At the completion of these stages, a revised version of the Project Charter will be prepared containing the proposal for the Construction & Test and Implementation & Warranty stages.</u>

The following outline summarizes our implementation methodology.

| Stage | Activity | Outcomes/Deliverables |
|---|---|---|
| Requirements | - Conduct project kickoff meeting<br>- Review project start-up materials (Project Charter and High-Level Project Plan)<br>- Conduct a series of informational gathering meetings with identified DBI resources<br>- Finalize initial release functional requirements | - Finalized Requirements and Design Report<br>- Updated Project Plan |

 Crowe™

STATEMENT OF WORK
PROJECT METHODOLOGY OVERVIEW

| Stage | Activity | Outcomes/Deliverables |
|---|---|---|
| Logical & Physical Design | • Document high level architecture of DBI systems <br> • Design and document high level interfaces to other DBI systems | • System Architecture Design (part of requirements document) <br> • System Interface Approach (part of requirements document) |
| Construction & Test | • Specific system interface details <br> • Create System Acceptance testing plans <br> • Construction and unit testing <br> • End-to-end system testing <br> • Conduct System Acceptance Testing <br> • Administration training | • System Acceptance test plans <br> • Configured System ready for deployment |
| Implementation & Warranty | • Database Conversions <br> • Develop database maintenance plan <br> • Conduct system go-live meeting <br> • Manage and resolve issues <br> • Break-fix support | • Implemented system |

 Crowe™

## Project Scope

Scope for the DBI E-Commerce Project is as follows:

### Geographic Scope

DBI will be implementing the new E-Commerce system at its corporate offices located in South Bend, Indiana. All project work will occur at this location or at Crowe Chizek office locations. No project activities will occur at DBI's Cherry Hill, New Jersey location.

Related to IT Infrastructure, DBI will maintain responsibility for housing and managing the E-Commerce System either internally or at a third-party hosting location.

### Corporate Entity Scope

The following DBI websites are considered in scope for the E-Commerce project:

- Woodwind & Brasswind

- Musical Sandbox

- Music 123

- Lyons.Misupply

- Guitar Sale

- Quixtar

### Software Functionality Scope

DBI – E-Commerce Project Charter v1.0 covers the Requirements and Logical & Physical Design stages. Definition of the software functionality scope will be an outcome of these stages and will be described as part of the revised Project Charter covering the Construction & Test and Implementation & Warranty stages.

### System Integration Scope

DBI – E-Commerce Project Charter v1.0 covers the Requirements and Logical & Physical Design stages. Definition of the system integration scope will be an outcome of these stages and will be described as part of the revised Project Charter covering the Construction & Test and Implementation & Warranty stages.

### Reports and Forms Scope

DBI – E-Commerce Project Charter v1.0 covers the Requirements and Logical & Physical Design stages. Definition of the reports and forms scope will be an outcome of these stages and will be described as part of the revised Project Charter covering the Construction & Test and Implementation & Warranty stages.



**Training Scope**

DBI — E-Commerce Project Charter v1.0 covers the Requirements and Logical & Physical Design stages. Definition of the training scope will be an outcome of these stages and will be described as part of the revised Project Charter covering the Construction & Test and Implementation & Warranty stages.



STATEMENT OF WORK
PROJECT SCHEDULE

## Project Schedule

DBI – E-Commerce Project Charter v1.0 covers the Requirements and Logical & Physical Design stages.  Assuming acceptance of the Project Charter by November 23, 2005, it is anticipated that the project activities will begin the week of November 28, 2005 and be completed no later than December 30, 2005.



## Quality Milestones

Throughout the E-Commerce project, the Crowe Chizek Project Manager will facilitate a series of Quality Assurance Reviews (QAR). Quality reviews are used to assure quality and assess progress, ensuring project deliverables and tasks have been sufficiently completed and planning for subsequent phases has been adequately prepared and communicated. Quality Assurance Reviews will be defined in the formal project plan.

Major Quality Assurance Reviews are _tentatively_ scheduled after the following Phases:

| Project Stage | Tentative Date |
|---|---|
| Requirements and Logical & Physical Design | December 30, 2005 |
| Construction & Test | TBD (as part of DBI – E-Commerce Project Charter covering this stage) |
| Implementation & Warranty | TBD (as part of DBI – E-Commerce Project Charter covering this stage) |

 Crowe™

## Project Resource Requirements

**DBI**

The following DBI resources have been assigned and committed to the project:

Executive Sponsor:

| Resource | Title | Approximate Commitment |
|----------|-------|------------------------|
| Joe Dittmar | CIO | As Needed |

Business Owner

| Resource | Title | Approximate Commitment |
|----------|-------|------------------------|
| Joe Dittmar | CIO | As Needed |

Project Manager:

| Resource | Title | Approximate Commitment |
|----------|-------|------------------------|
| PMO Office | PMO Shared Services | 1-2 days per week |

Project Team (Functional Area Managers):

| Resource | Functional Area(s) | Approximate Commitment |
|----------|--------------------|------------------------|
| Eric Mathavan | E-Commerce | |
| Scott Kurtzwell | Product Management | |
| Scott Kurtzwell | Pricing | |
| Scott Kurtzwell | Catalog Management | |
| Brian Ison | Catalog Content | |
| TBD | System Integration | |
| Betsy Palfax | Customer Service | |

**Crowe Chizek**

The following commitment from Crowe Chizek is expected to complete DBI – E-Commerce Project Charter v1.0, covering the Requirements and Logical & Physical Design stages.

| Resource | Role | Approximate Commitment |
|----------|------|------------------------|
| Martin Priller | Engagement Executive | As needed |
| Mark Strawmyer | Project Executive | TBD to meet December 30, 2005 delivery date |
| TBD | Project Specialist | TBD to meet December 30, 2005 delivery date |
| TBD | Technical Specialist | TBD to meet December 30, 2005 delivery date |

 Crowe

## Project Roles and Responsibilities

The following sections describe the project roles and associated responsibilities. As with projects similar in size and structure, multiple project roles may be held by one or more individuals.

## DBI Roles

### Executive Sponsor

The Executive Sponsor will provide oversight for all aspects of the project to ensure that overall objectives of the project are achieved. The Executive Sponsor should be a senior level executive and / or stakeholder who will be directly impacted by the project and its results.

The Executive Sponsor's primary responsibilities are to:

- Direct, make available, and manage DBI resources (human and / or financial) to accomplish the project objectives

- Help all associated employees understand the significance of the project and reinforce the prioritization and commitment to a successful implementation

- Provide overall guidance and direction to the Project Team

- Monitor the status and progress of the project

- Attend scheduled QAR meetings as needed

- Guide and resolve issues that cannot be resolved by the Project Team

- Approve any major changes to the defined project scope and plan

### Business Owner

The Business Owner will provide project oversight, team direction and recommendations to executives for all aspects of project to ensure that objectives are achieved. The Business Owner is the stakeholder with direct responsibility for the results of this project and managing the ongoing operations once complete.

The Business Owner is primarily responsible for:

- Securing the commitment of the Executive Sponsor

- Providing overall guidance and direction to the Project Leader and Project Team

- Monitoring the status and progress of the project

- Reporting progress and status to the Executive Sponsor



- Attending scheduled QAR meetings

- ~~Guiding and resolving issues that cannot be resolved by the Project Leader~~

- Making recommendations to the Executive Sponsor regarding changes from original direction or scope

## Project Manager

The Project Manager is primarily responsible for:

- Coordinating, monitoring and managing the planning, scheduling and execution of project activities within the overall plan

- Understanding the process and being able to make informed decisions and recommendations throughout

- Maintaining full-time contact with the Crowe Chizek Project Team

- Recruit the essential team members

- Provide guidance and direction to the project team

- Guide and resolve problems and issues that cannot be resolved by the Project Team

- Reporting progress and status to the Business Owner

## Project Team (Functional Area Managers)

The Project Team is primarily responsible for:

- Applying in-depth knowledge of DBI operations to provide significant input during project activities

- Successful execution of assigned tasks throughout the implementation process

- Ensuring their tasks are meeting project performance requirements

- Acquiring the necessary resources to accomplish tasks

- Reporting progress and status to the Project Manager through project status report(s) and project review meetings as requested

## Crowe Chizek Roles

## Account Executive

The Account Executive's primary responsibilities include:

- Assuring DBI's satisfaction

Crowe™

- Project Billing and Contracts
- Attending scheduled Quality Assurance Reviews

- Making available (and as necessary, change) the Crowe Chizek resources to accomplish the project objectives and address other needs and requests of DBI.

- Assuring quality and direction of Crowe Chizek work in addressing the project objectives

- Soliciting DBI's feedback regarding the project and Crowe Chizek's performance

- Reviewing the overall progress of the project and assist with setting revised project direction (if required)

**Project Manager**

The Project Manager oversees the day-to-day activities of the project (in conjunction with the DBI Project Manager). They will share joint responsibility for the planning and execution of all project activities.

The Crowe Chizek Project Manager is primarily responsible for:

- Assuring DBI Manufacturing's satisfaction

- Directing, making available and managing Crowe Chizek resources to accomplish the project objectives

- Understanding the process and being able to make informed decisions and recommendations throughout

- Maintaining necessary communications with the entire Project Team

- Performing planning, scheduling and execution of project activities

- Assigning tasks to project personnel

- Monitoring staff and project progress

- Managing risks and escalated issues from Project Team

- Monitoring budgets, preparing status reports and scheduling resources

- Measuring project success against budget, original scope, business objectives

- Assuming responsibility for planning resource requirements and coordinating the daily tasks of all Project Team members

- Ensuring that all resources and their respective skills are optimally utilized

- Providing quality assurance of work undertaken by staff assigned to the project



STATEMENT OF WORK
PROJECT ROLES AND RESPONSIBILITIES

**Project Specialists**

The Crowe Chizek Project Specialists are primarily responsible for:

- Understanding the project approach, targeted objectives and making informed decisions and recommendations throughout.

- Providing product, technical and industry domain expertise to ensure 'best practices' are implemented and optimally enabled through the solution

- Completing tasks and deliverables assigned by the Project Manager

- Keeping the Project Manager informed of progress and issues in a timely manner

- Transferring the appropriate business, application and technical skills to DBI Team members



## Planning Considerations

Planning considerations are based on the current level of knowledge relating to the project. Therefore, the estimates and commitments provided in this document are based on decisions made related to staffing, system requirements, and future events. Should any of the considerations documented below prove to be false, or if open issues cannot be resolved, the estimates and time commitments we have provided to you may change.

- All work products that result from this engagement will be the property of DBI.

- DBI accepts all statements made within this document regarding scope. Requirements, issues, and assumptions raised by DBI and not in the current scope will be managed through the documented change control procedures.

- The DBI South Bend location is the only geographic location defined in scope for this project. Travel will only be required to South Bend, IN.

- Crowe Chizek consultants will have access to required project systems, including remote access as required, for the duration of the project.

- DBI will be responsible for coordinating the availability of DBI personnel and facilities as required to support project schedules.

- DBI has agreed to provide the necessary skilled resources for this project. The persons assigned to the implementation team will be responsible for tasks requiring specific skill sets.

- If DBI resources change, the DBI Project Manager will ensure these resources transfer sufficient knowledge and that coverage exists for any outstanding assignments.

- The project team will be a joint team of DBI and Crowe resources with Crowe being responsible for the deliverables.

- The branding (i.e. 'look and feel') of various sites will be determined by DBI and is outside the scope of activities covered by DBI – E-Commerce Project Charter v1.0.

- Existing DBI websites will serve as prototypes for the Requirements and Logical & Physical Design activities. No additional prototyping activities are in scope.

- Given the uncertainty of the external systems to which the E-Commerce solution will be integrated, the focus of the Requirements and Logical & Physical Design stages will be to determine system interface approaches, classify known vs. unknown external systems, and prepare high-level design information. Specific design details of each required interface will be prepared as part of the Construction & Test stage, which will be proposed as part of DBI – E-Commerce Project Charter v2.0.



- In an effort to minimize the burden on the DBI project team, requirements gathering sessions will be conducted during the first three days of each week. Crowe resources will spend the remaining two days each week documenting findings, preparing process diagrams, etc.

- Loyalty programs are currently outside the scope of this project.

 Crowe™

## Project Management Guidelines

### Project Plan Control

This procedure defines how the project plan will be maintained throughout the project management life cycle. The procedures are as follows:

1. Commence project with baseline project work plan (used for scheduling major activities, deliverable, milestones, equivalent to a master schedule)

2. Review tasks and resource allocations on a weekly basis

3. Update project work plan on a bi-weekly basis, adjusting the plan as necessary

4. Attach to weekly status report if necessary

### Quality Management

This section defines how the quality of the project processes and deliverables produced are to be determined. This section also defines how deliverables will be physically assessed for functionality (testing).

1. All project deliverables must be reviewed by an appropriate Project Team resource other than the author(s)

2. Review feedback should be provided on a timely basis (e.g. within 1-2 business days)

3. All deliverables prepared by Crowe Chizek will be reviewed and signed-off by the appropriate DBI Project Team members when accepted

4. Key project deliverables must at a minimum, be reviewed by the Project Managers

### Quality Reviewing

Quality reviews will be carried out for each key deliverable identified in the Project Charter. A record of all deliverable reviews will be kept as an audit trail for resolution action.

 Crowe™

## Testing Strategy

The DBI Project Team will be primarily responsible for executing the business system tests and documenting test results. System Acceptance Test plans will be created and approved by DBI during the project. These test plans will serve as the system validation and will determine if the software configurations have been accepted.

### Issues/Risk Management

This procedure defines the way risks and issues are identified and managed through to resolution or non-impact on the project. Risks and issues, once identified, are investigated and resolved or managed during project meetings. The procedures are as follows:

1. Notify Project Manager of issue / risk immediately

2. Document issue/risk and identify appropriate actions for resolution and target dates

3. Notify the Business Owner of issue / risk as appropriate

4. Review log on a daily basis and pursue resolutions as appropriate

5. Close issues when resolved

### Change Control

Crowe Chizek follows a project change management process designed to maintain project scope and control without unduly restricting creativity and necessary project changes. Changes are a natural part of the project life cycle and this process enables Crowe Chizek to be responsive to these changes. The foundation for the project change management process is based upon industry best practices as documented by the Software Engineering Institute's Capability Maturity Model (CMM).

Changes to project scope, project assumptions, or accepted requirements or design are all candidates for the change management process. Should DBI request any of these changes during the project that may affect the fee estimate and / or project schedule, Crowe Chizek will handle the change according to the project change management process. The critical results of change management include:

- Documented and understood scope, purpose, and benefit for the change

- Documented evaluation of the impact to project cost, schedule, and / or scope

- Documented change decisions

This procedure defines how changes to project scope will be handled. Change requests, once identified, are investigated and resolved or managed during project meetings. The procedures are as follows:

 Crowe™

1. Notify Project Manager of change request immediately

2. ~~Document in detail, the request for the change in project scope. This should be performed by DBI and will include the impact to the project of changing /~~ not changing the project scope and the estimated work effort and cost.

3. Document the resolution including an interim solution if appropriate.

The change control process is defined below:

1. If a change in the scope of the project occurs, the Business Owner or DBI Project Manager will submit a request to Crowe Chizek (we can provide you a form).

2. Crowe Chizek will review the request and follow-up with DBI to ensure the request is understood.

3. Crowe Chizek will assess the expected impact if the change is implemented. The assessment will be presented with the change request to DBI Completion of this activity is outside the scope of the project and will be billed separately.

4. Crowe Chizek will not start work on the request until a signed authorization is received.

The change control process will be activated if:

▪ DBI requests additional help from Crowe Chizek outside of the scope of the current project. This may occur when the timeframe or skills required by the phases cannot be met with existing resources from DBI

▪ The schedule is delayed

▪ The scope is changed

 Crowe™

## Project Communications

### Status Monitoring and Reporting

This procedure defines the way in which project status will be monitored and reported. Word will be used as the report format. Project status will be reported by the Project Managers or designates. The purpose of status reporting is to keep management informed of significant project activities of which they are not directly involved. The procedure is as follows:

- The Project Team, as appropriate, will provide a weekly status report to the DBI Project Manager on a designated day and time each week. The status report will include the following:

    o  Brief description of major accomplishments from the previous week

    o  Brief description of outstanding tasks, the responsible party and due date

    o  Brief description of next activities and expected goals for the coming week

    o  Brief description of any concerns or issues

- Crowe Chizek will provide a summarized update in the same format to the DBI Project Manager on a weekly basis.

- Project Managers or designates will summarize and distribute to the Business Owner as appropriate using a summary status report covering the same topics.

- A Sharepoint project site will be utilized for general project collaboration.

### Meetings

The Project Team and Project Managers will meet to facilitate communication among team members and key personnel outside of the team as defined by the project plan.

The Business Owner, DBI Project Manager, Crowe Chizek Account Executive and Crowe Chizek Project Manager should meet on designated dates for a formal Quality Assurance Review (QAR). Agenda items should include the information defined for status reports, progress to schedule, issues and other applicable topics.

 Crowe™

# Appendix A – Estimated E-Commerce System Project Costs

To assist DBI with budgetary planning for the entire E-Commerce project, the following cost estimates are provided.  While we are confident that our estimates are reliable for budgetary purposes, as stated throughout DBI – E-Commerce Project Charter v1.0, only the fixed fee estimate provided for completion of the Requirements and Logical & Physical Design stages is to be considered firm at this time.

The provided estimate assumes that base functionality regarding shopping experience, content types, and catalog information currently available on the wwbw.com site will be available and similarly presented in the new E-Commerce system.   The following list of high-level capabilities is also included in the budgeted scope:

- Multiple Site Capability

- Shopping Cart Characteristics and Functionality

- Order Management System Interaction

- Product Catalog

    o   Categorization

    o   Pricing

    o   Inventory

    o   New product setup

- Payment Processing

- Shipping Costs Calculation

- Returns Management

- Customer Profile

- Discounts & Promotional Items

    o   Cross-site promotion capabilities

    o   Discounts

    o   E-mail marketing campaigns

    o   Gift certificates

- Wish List

- Search



- Content Management (including multi-lingual needs)

- Reporting

## Software Costs

While it is premature to recommend the software components that will be required to complete the E-Commerce project, we're estimating a software budget of approximately $200,000 based upon the software required of similar projects that we've completed. This estimate is based upon standard list prices, and depending upon DBI's contract with Microsoft, this estimated total may decrease.

The following software requirements list will be validated/changed at the conclusion of the Requirements and Logical & Physical Design stages:

- Microsoft Commerce Server licenses for 3 single processor servers ($27K each = ~$81K)

- Clustered Microsoft SQL Server for multiprocessor servers ($104K)

- Windows Server 2003 for multiple servers ($3.3K each = ~$16.5K)

## Implementation Costs

Based upon our current understanding of the scope of this project, we have estimated implementation services to be in the range of $ 280,000 - $ 390,000. This estimate includes the fixed fee services amount for completion of the Requirements and Logical & Physical Design stages (see Appendix B). It also includes the preliminary estimate for the Construction & Test and Implementation & Warranty stages.

It should be noted that this estimate does not include Requirements, Logical & Physical Design, Construction & Test or Implementation & Warranty time for development of an internal call center order entry system. Should DBI decide to incorporate development of the order entry system into the scope of the E-Commerce project, a change order will be prepared for review by the DBI team.

Upon completion of the Requirements and Logical & Physical Design stages, we will provide a specific estimate for completing the Construction & Test and Implementation & Warranty stages of the project.

 **Crowe** ™

## Appendix B - Requirements and Logical & Physical Design Stage Fees

The professional services fees for the Requirements and Logical & Physical Design Stages of the DBI E-Commerce project will be $68,000.00. At the request of DBI, we have also included three (3) additional days of Crowe Chizek-provided PMO support totaling $4,800. The $72,800 amount is considered 'fixed'.

Should DBI decide to proceed with Requirements and Logical & Physical Design activities for an internal order entry system, an additional $7,000.00 will be required and documented in the form of a change order.

Invoices will be sent monthly for time and expense incurred to that time. Travel expenses will be billed to DBI at cost. Travel expenses may include lodging, mileage and per diem expenses. Travel expenses typically range between 6 – 8 % of project service fees for development projects of this type.

We have submitted this estimate to DBI based upon our current understanding of the scope of this project. If it were mutually decided that the scope of the project and our involvement should change, we would discuss with you any resulting change in our fees, prepare for you a revised estimate, and require written authorization to proceed.

This statement of work will be considered complete when the appropriate signoff has been attained for the Requirements and Logical & Physical Design stage deliverables.

This proposal will remain in effect for a period of 15 days from the date of this document. After 15 days, it may be necessary to provide a new estimate based on potential changes in staffing.

 Crowe™

STATEMENT OF WORK
AUTHORIZATION TO PROCEED – REQUIREMENTS AND DESIGN STAGES

## Authorization to Proceed – Requirements and Design Stages

If the terms and commitments set forth in this document are acceptable, please authorize us to proceed by returning one copy of this document signed by the appropriate official of DBI.

This authorization will be governed by the master Professional Service Agreement (PSA) between DBI and Crowe Chizek.

Accepted, DBI                          Accepted, Crowe Chizek and Company LLC

Signed:    _____        Signed:    _____

Printed:   _____        Printed:   _____

Title:     _____        Title:     _____

Date:      _____        Date:      _____