# **EXHIBIT E**

(Schedule F)

Official Form 6F (10/06) - Cont.

In re    Dennis Bamber, Inc.                                    Case No.    06-31800
_____          _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Creative Teaching Press P O Box 2723 Huntington Bh, CA 92647 | - | | | | | | | 487.22 |
| **Account No.** | | | | | | | | |
| Crest Audio Inc. PO Box 1000  Drive Dept. 302 Memphis, TN 38148-0258 | - | | | | | | | 70.97 |
| **Account No.** | | | | | | | | |
| Crowe Chizek & Company LLP PO Box 145415 Cincinnati, OH 45250-9791 | - | | | | | | | 320,296.69 |
| **Account No.** | | | | | | | | |
| Crown International Inc. PO Box 88807 Chicago, IL 60607-1807 | - | | | | | | | 35,074.71 |
| **Account No.** | | | | | | | | |
| CSC Products Inc. 52 North Main Street Fairport, NY 14450 | - | | | | | | | 3,000.00 |

Sheet no.  28  of  146  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          358,929.59

**EXHIBIT**

E

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy