IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CROWE CHIZEK AND COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07C 6128 |
| | ) | |
| GUITAR CENTER, INC. | ) | |
| and MUSICIAN'S FRIEND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on the 4th day of December, 2007, at 8:45 a.m., or as soon thereafter as counsel may be heard, Plaintiff Crowe Chizek and Company LLC will appear before the Honorable Rebecca R. Pallmeyer in Room 2119 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present Plaintiff's Motion for Preliminary Injunction, a copy of which has been served on Defendants.

Dated: November 21, 2007

Respectfully Submitted,

**CROWE CHIZEK AND COMPANY LLC**

By: /s/ Steffanie N. Garrett
One of its attorneys

Steffanie N. Garrett
Robert J. Labate
Peter J. Strand
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
Phone: (312) 263-3600
Fax: (312) 578-6666
steffanie.garrett@hklaw.com
robert.labate@hklaw.com
peter.strand@hklaw.com