IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CROWE CHIZEK AND COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07C 6128 |
| | ) | |
| GUITAR CENTER, INC. and MUSICIAN'S FRIEND, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:

Guitar Center, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

Musician's Friend, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

PLEASE TAKE NOTICE that on November 21, 2007, we electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, a **NOTICE OF MOTION** regarding presentment of Plaintiff's Motion for Preliminary Injunction, a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

**CROWE CHIZEK AND COMPANY LLC**

By:  /s/ Steffanie N. Garrett
       One of its attorneys

Steffanie N. Garrett
Robert J. Labate
Peter J. Strand
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
Phone: (312) 263-3600
Fax: (312) 578-6666
steffanie.garrett@hklaw.com
robert.labate@hklaw.com
peter.strand@hklaw.com