IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CROWE CHIZEK AND COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07C 6128 |
| | ) | |
| GUITAR CENTER, INC. | ) | |
| and MUSICIAN'S FRIEND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:

Guitar Center, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

Musician's Friend, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

**PLEASE TAKE NOTICE** that on November 21, 2007, we electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, an **ATTORNEY APPEARANCE FORM** for Steffanie N. Garrett, Esq., a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

**CROWE CHIZEK AND COMPANY LLC**

By: /s/ Steffanie N. Garrett
One of its attorneys

Steffanie N. Garrett
Robert J. Labate
Peter J. Strand
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL  60603
Phone:  (312) 263-3600
Fax:  (312) 578-6666
steffanie.garrett@hklaw.com
robert.labate@hklaw.com
peter.strand@hklaw.com