## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I electronically transmitted this

**ATTORNEY APPEARANCE FORM** to the Clerk of the Court using the CM/ECF

System for filing, and that a true copy of this **ATTORNEY APPEARANCE FORM**

is being served via hand delivery by process server upon:

Guitar Center, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

Musician's Friend, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

_____ /s/  Steffanie N. Garrett_____
            Steffanie N. Garrett

# 4954258_v1