## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I electronically transmitted an **ATTORNEY APPEARANCE FORM** to the Clerk of the Court using the CM/ECF System for filing, and that a true copy of this **ATTORNEY APPEARANCE FORM** is being served via hand delivery by process server on November 26, 2007, upon:

Guitar Center, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

Musician's Friend, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware 19801

/s/ Steffanie N. Garrett
Steffanie N. Garrett