U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 07 C 6128
CROWE CHIZEK AND COMPANY LLC
V.
GUITAR CENTER, INC. and MUSICIAN'S FRIEND, INC.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GUITAR CENTER, INC. and MUSICIAN'S FRIEND, INC.


| NAME (Type or print) |
| --- |
| ROBERT C. LEVELS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ ROBERT C. LEVELS |
| FIRM |
| LATHAM & WAKTINS LLP |
| STREET ADDRESS |
| 233 SOUTH WACKER DRIVE, SUITE 5800 |
| CITY/STATE/ZIP |
| CHICAGO, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6286709 | 312-876-7700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐