# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer RRP | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6128 | **DATE** | 11/30/2007 |
| **CASE TITLE** | Crowe Chizek and Company LLC vs. Guitar Center, Inc., et al | | |

**DOCKET ENTRY TEXT**

By agreement, Plaintiff's motion for preliminary injunction [8] is entered and continued to 12/18/2007 at 9:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|