# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6128 | **DATE** | 12/17/2007 |
| **CASE TITLE** | Crowe Chizek and Company LLC vs. Guitar Center, Inc., et al | | |

**DOCKET ENTRY TEXT**

Parties having reached a settlement agreement, the case is dismissed with prejudice. Plaintiff's motion for preliminary injunction [8] is stricken as moot. Status hearing set for 1/7/2008 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|